IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Howard, Virgina | Case Number: 05 B 03435 |
|---|---|---|
| | Howard, David | Judge: Squires, John H |
| | Printed: 01/29/09 | Filed: 2/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 17, 2008
Confirmed: June 22, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 26,697.00 | |
| Secured: | | 14,319.69 |
| Unsecured: | | 7,158.84 |
| Priority: | | 2,197.89 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 1,311.53 |
| Other Funds: | | 9.05 |
| Totals: | 26,697.00 | 26,697.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James A Young | Administrative | 1,700.00 | 1,700.00 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Church Of The Brethren Credit Union | Secured | 14,319.69 | 14,319.69 |
| 4. | Internal Revenue Service | Priority | 2,197.89 | 2,197.89 |
| 5. | Church Of The Brethren Credit Union | Unsecured | 6,263.34 | 2,790.36 |
| 6. | ECast Settlement Corp | Unsecured | 1,703.97 | 759.13 |
| 7. | Resurgent Capital Services | Unsecured | 1,654.25 | 737.02 |
| 8. | Internal Revenue Service | Unsecured | 174.07 | 69.08 |
| 9. | Resurgent Capital Services | Unsecured | 2,346.11 | 1,045.21 |
| 10. | Resurgent Capital Services | Unsecured | 3,946.18 | 1,758.04 |
| 11. | General Motors Acceptance Corp | Secured | | No Claim Filed |
| 12. | Discover Financial Services | Unsecured | | No Claim Filed |
| 13. | Providian | Unsecured | | No Claim Filed |
| 14. | Church Of The Brethren Credit Union | Unsecured | | No Claim Filed |
| | | | $ 34,305.50 | $ 25,376.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 149.61 |
| 5.5% | 459.25 |
| 5% | 83.50 |
| 4.8% | 240.01 |
| 5.4% | 270.59 |
| 6.5% | 108.57 |
| | $ 1,311.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Howard, Virgina
       Howard, David
       Printed: 01/29/09

Case Number:  05 B 03435
Judge:  Squires, John H
Filed:  2/2/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

